# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEVADA NEW BUILDS, LLC,, <br><br> Plaintiff, <br><br> v. <br><br> JOSE VALENCIA, et al., <br><br> Defendants. | Case No. 2:14-cv-0393-APG-PAL <br><br> **ORDER DISMISSING DEFENDANT JOSE VALENCIA AND CLOSING CASE** |

On February 4, 2015, plaintiff was advised by the court (Dkt. #20) that this action would be dismissed without prejudice as to defendant Jose Valencia unless on or before March 6, 2015, plaintiff filed proper proof of service or showed good cause why such service was not timely made. Plaintiff has failed to file proof of service nor shown good cause. Nor has plaintiff shown cause why this action should not be dismissed without prejudice as to that defendant for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, **DISMISSED without prejudice** as to defendant Jose Valencia. Because the other defendants were previously dismissed from this lawsuit, there are no remaining defendants. Therefore, this case is hereby DISMISSED and the clerk of the court is directed to enter judgment accordingly and close this matter.

Dated: March 11, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE